# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  May 21, 2015                 519552
_____

In the Matter of SHAUN
    McKNIGHT,
                    Petitioner,

        v                                  MEMORANDUM AND JUDGMENT

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                    Respondent.
_____


Calendar Date:  March 31, 2015

Before:  Peters, P.J., Lahtinen, Egan Jr. and Rose, JJ.


                    _____


        Shaun McKnight, Comstock, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H. Schiff of counsel), for respondent.


                    _____


        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

        Determination confirmed.  No opinion.

        Peters, P.J., Lahtinen, Egan Jr. and Rose, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court